UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NAMEL NORRIS,

                Plaintiff,

     -against-

FRAMING ON 9TH INC. and ARTURO HERNANDEZ,

                Defendants.

------------------------------------- x

ORDER

21 Civ. 2217 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled for June 30, 2021 at 9:30 a.m. is hereby cancelled.

Dated: New York, New York
       June 29, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge