UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NAMEL NORRIS,

       Plaintiff,

  -against-

FRAMING ON 9TH INC. and ARTURO
HERNANDEZ,

       Defendants.

------------------------------------- x

ORDER

21 Civ. 2217 (GBD)

GEORGE B. DANIELS, District Judge:

  In light of the Plaintiff's notice that the parties have reached a settlement on all issues in this matter, (ECF No. 18), all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order.

Dated: New York, New York
   August 16, 2021

            SO ORDERED.

            *George B Daniels*
            GEORGE B. DANIELS
            United States District Judge