
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NAMEL NORRIS,

                                Plaintiff,

           -against-

FRAMING ON 9TH LLC, a New York corporation, d/b/a
FRAMING ON 9TH, and ARTURO HERNANDEZ, an
individual,

                              Defendants.

------------------------------------------------------------ x

ORDER

21-CV-2217 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: June 15, 2022
         New York, New York

                                                     SO ORDERED.

                                                     *George B. Daniels* (signature)
                                                     GEORGE B. DANIELS
                                                     United States District Judge